**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** III      **Investigating Agency** DEA/Boston PD

**City** Boston, Taunton, Elsewhere      **Related Case Information:**

**County** Suffolk, Bristol, Elsewhere

Superseding Ind./ Inf. \_\_\_\_\_ Case No. \_\_\_\_\_
Same Defendant \_\_\_\_\_ New Defendant \_\_\_\_\_
Magistrate Judge Case Number   See attached
Search Warrant Case Number   See attached
R 20/R 40 from District of \_\_\_\_\_

**Defendant Information:**

Defendant Name: Gino Romano      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: \_\_\_\_\_

Address: (City & State) \_\_\_\_\_

Birth date (Yr only): 1971   SSN (last4#): 3319   Sex: M   Race: \_\_\_\_\_   Nationality: \_\_\_\_\_

**Defense Counsel if known:** Robert J. Galibois      Address: \_\_\_\_\_

**Bar Number** \_\_\_\_\_

**U.S. Attorney Information:**

**AUSA** Kaitlin R. O'Donnell/Timothy E. Moran      Bar Number if applicable \_\_\_\_\_

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: \_\_\_\_\_

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** 02/24/2020

☐ Already in Federal Custody as of \_\_\_\_\_ in \_\_\_\_\_.
☐ Already in State Custody at \_\_\_\_\_ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Marianne B. Bowler, USM on 11/04/2020

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/13/2021      Signature of AUSA: *[signature]*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____