**JS 45 (5/97) – (Revised U.S.D.C. MA 3/25/2011)**

**CRIMINAL CASE ADDENDUM**                    **U.S. DISTRICT COURT-D. MASS**

Magistrate Case Number(s):

      20-MJ-2603-MBB

      20-MJ-2430-MBB

Search Warrant Case Number(s):

      19-MJ-2370-MBB, et seq.;

      20-MJ-2413-MBB, et seq.